THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL D. RODRIGUEZ, Appellant. (Appeal No. 2.) [997 NYS2d 659]—Appeal from a judgment of the Supreme Court, Erie County (Sheila A. DiTullio, A.J.), rendered March 26, 2013. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Rodriguez* ([appeal No. 1] 124 AD3d 1388 [2015]). Present—Smith, J.P., Fahey, Whalen and DeJoseph, JJ.